RECEIVED 2.14.22

FEB 17 2022

To whom it may concern,

What documents are available for purchase in civil action 1:15-CV-000649-RP, Margarita Ramirez and Daniel Ramirez, Plaintiffs vs James E. Owen Trucking Inc and Nathan Bernard Frazier, Defendants. The document is Exhibit 9, Texas Department of Transportation police officer's crash report, I believe its 3 pages I've enclosed $2 dollars in case its 4.

FILED

FEB 17 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Sincerely

Nathan Frazier

Mail Room
need to withdrawn
$2 for 3 page Document



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INMATE TRUST FUND
DATE 02 14 22
PLEASE USE A BUSINESS SIZE ENVELOPE
**DO NOT FOLD**
Use Black or Dark Blue Ink.

☐ Transfer within TF
☒ Outside Purchase
☐ W/O ID Com Purchase
☐ Other _____

**INMATE REQUEST FOR WITHDRAWAL**
Unit _____
Inmate Signature _____
Unit Review _____

Approving Officer Signature _____

(1) TDCJ NUMBER (6): 2239855
(19)(20): 1589 ABCD
(7) INMATE LAST NAME: Frazier
FIRST NAME (30): Nathan
MI: B
(38) DOLLARS / (43) CENTS: $ 2.00
WRITTEN AMOUNT: Two dollars
(81) PAY TO THE ORDER OF: US District Court Clerk
PAYEE'S ADDRESS: 501 West 5th St. Suite 1100 Austin TX 78701
STREET / APT. NO. / CITY / STATE / ZIP
TF PAGE
Right Thumb Print
I-25 (REV 5/96)

Nathan Frazier
#2239855
Hodge Unit
379 FM 2972 W.
Rusk, TX 75785

NORTH TEXAS SCREENED BY CCO
DALLAS TX 750
15 FEB 2022   FEB 17 2022

Clark, U.S. District Court
Western District of Texas
501 W. 5th St. Suite 1100
Austin, TX 78701

78701-381275